AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Freddy Andujar

APPEARANCE

CASE NUMBER: 3:05 MJ-20
1-06M30 A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Freddy Andujar

I certify that I am admitted to practice in this court.

3/23/06
*Date*

Edward F. StOnge
*Signature*

EDWARD F. STONGE — 1346
*Print Name* — *Bar Number*

127 Dorrance
*Address*

Prov. — RI — 02903
*City* — *State* — *Zip Code*

(401) 272-1508 — 272-1503
*Phone Number* — *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.