FILED
APR 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

March 28, 2006
USA v. Freddy Andujar

United States District Court
William J. Nealon Federal Building
& U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

3:06 CR 110

RI Case # 1:06-M-30A
Your Docket No. 3:05MJ20

Enclosed herein please find original/certified copies of the following:

[X] Warrant of Arrest
[ ] Indictment
[ ] Financial Affidavit
[ ] Order appointing counsel
[ ] CJA 20 - Appointment of Counsel under CJA
[ ] Order setting bail
[ ] Appearance Bond
[ ] Order setting conditions of release
[ ] Report of proceedings before U.S. Magistrate Judge/Minute Sheet
[ ] Waiver of preliminary hearing
[X] Waiver of Identity Hearing/Removal Hearing
[ ] Detention Order
[ ] Commitment to Another District (AO 94)
[ ] Order of Removal
[X] Copy of docket entries from this district
[ ] Other

FILED
SCRANTON
APR - 3 2006
PER
DEPUTY CLERK

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return to this office:
Clerk's Office
U.S. District Court for the District of Rhode Island
John O. Pastore Building, Room 234
Two Exchange Terrace
Providence, Rhode Island 02903

Deputy Clerk